**EXHIBIT A**

**INDEX OF DOCUMENTS FILED WITH REMOVAL ACTION**

(a)   An index of matters being filed;

(b)   The state court docket sheet, all executed process in the case, all pleadings asserting causes of action and all answers to such pleadings;

(c)   A list of all counsel of record, including addresses, telephone numbers and parties represented;

(d)   A copy of Adam Auto Hauling, LLC's Articles of Organization;

(e)   Declaration of Karrar F. Sahib; and

(f)   Civil Cover Sheet.